CO-386-online
10/03

# United States District Court
# For the District of Columbia

PRAIRIE GROVE TELEPHONE  )
COMPANY,                 )
                         )
                         )
         Plaintiff       )    Civil Action No._____
      vs                 )
                         )
AT&T CORP.,              )
AT&T COMMUNICATIONS, INC., AND )
DOES 1-20,               )
                         )
         Defendant       )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __PRAIRIE GROVE TELEPHONE COMPANY,__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __PRAIRIE GROVE TELEPHONE COMPANY,__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

484434
_____
BAR IDENTIFICATION NO.

Anitra D. Goodman
_____
Print Name

Swidler Berlin LLP, 3000 K Street, NW, Suite 300
_____
Address

Washington   DC              20007
_____
City         State           Zip Code

(202) 424-7500
_____
Phone Number