AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

PRAIRIE GROVE TELEPHONE
COMPANY,                                    )
        Plaintiff(s)              )     **APPEARANCE**
                                  )
                                  )
        vs.                       )     CASE NUMBER
AT&T COMMUNICATIONS, INC., AT&T )
CORP., AND DOES 1-20,             )
        Defendant(s)              )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Eric J. Branfman  as counsel in this
                                           (Attorney's Name)

case for:  Prairie Grove Telephone Company
                  (Name of party or parties)

September 20, 2005
Date

                                           /s/
                                           Signature

                                           Eric J. Branfman
164186                                Print Name
BAR IDENTIFICATION
                                     Swidler Berlin LLP, 3000 K Street, NW, Suite 300
                                     Address

                                     Washington, DC  20007
                                     City       State       Zip Code

                                     (202) 424-7500
                                     Phone Number

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

PRAIRIE GROVE TELEPHONE
COMPANY,                                )
        Plaintiff(s)          )   **APPEARANCE**
                                        )
                                        )
        vs.                   )   CASE NUMBER
AT&T COMMUNICATIONS, INC., AT&T         )
CORP., AND DOES 1-20,                   )
        Defendant(s)          )


To the Clerk of this court and all parties of record:

Please enter the appearance of   Joshua M. Bobeck   as counsel in this
                        (Attorney's Name)

case for:   Prairie Grove Telephone Company
             (Name of party or parties)

September 20, 2005
Date

_(signature)_
Signature

Joshua M. Bobeck
Print Name

443620
BAR IDENTIFICATION

Swidler Berlin LLP, 3000 K Street, NW, Suite 300
Address

Washington, DC  20007
City   State   Zip Code

(202) 424-7500
Phone Number