AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

PRAIRIE GROVE TELEPHONE  
COMPANY,  
         Plaintiff(s)         )  
                               )     **APPEARANCE**  
                               )  
                  vs.               )     CASE NUMBER  
AT&T COMMUNICATIONS, INC., AT&T  )  
CORP., AND DOES 1-20,                 )  
         Defendant(s)       )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Joshua M. Bobeck__ as counsel in this
                               (Attorney's Name)

case for: __Prairie Grove Telephone Company__
              (Name of party or parties)

September 20, 2005  
Date

_/s/ Joshua M. Bobeck_  
Signature

443620  
BAR IDENTIFICATION

Joshua M. Bobeck  
Print Name

Swidler Berlin LLP, 3000 K Street, NW, Suite 300  
Address

Washington, DC  20007  
City       State       Zip Code

(202) 424-7500  
Phone Number

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

PRAIRIE GROVE TELEPHONE
COMPANY,                                   )
       Plaintiff(s)                      )        **APPEARANCE**
                                              )
                                              )
       vs.                               )        CASE NUMBER
AT&T COMMUNICATIONS, INC., AT&T            )
CORP., AND DOES 1-20,                      )
       Defendant(s)                      )


To the Clerk of this court and all parties of record:

Please enter the appearance of __Eric J. Branfman__ as counsel in this
                                    (Attorney's Name)

case for: __Prairie Grove Telephone Company__
              (Name of party or parties)


| September 20, 2005 | _(signature)_ |
|---|---|
| Date | Signature |
|  | Eric J. Branfman |
| 164186 | Print Name |
| BAR IDENTIFICATION | Swidler Berlin LLP, 3000 K Street, NW, Suite 300 |
|  | Address |
|  | Washington, DC  20007 |
|  | City   State   Zip Code |
|  | (202) 424-7500 |
|  | Phone Number |